United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMANOL ARRIETA IBARRA,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

Defendant.

Case No. 25-cv-09390-JSC

**PRETRIAL ORDER NO. 1: CASE
SCHEDULE**

Upon review of the parties' joint case management conference statement (Dkt. No. 17), the Court orders the following schedule and continues the March 4, 2026 initial case management conference to June 17, 2026 at 2:00 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**CASE DEADLINES**

- Move to Amend Pleadings:                                  March 31, 2026
- Private Mediation:                                              May 1, 2026
- Case Management Zoom Conference:                     June 17, 2026 @ 2:00
- Discovery Cut-Off:                                              June 30, 2026
- Last Date to Notice Motions for Hearing:              August 27, 2026
- Defendant Lodges Administrative Record:             September 3, 2026
- Plaintiff's Rule 52 Opening Brief:                         September 10, 2026
- Defendant's Rule 52 Opening/Opposition Brief:      October 1, 2026
- Plaintiff's Rule 52 Opposition/Reply Brief:           October 22, 2026

- Defendant's Rule 52 Reply Brief:  November 12, 2026
- Hearing on Rule 52 Cross Motions:  December 3, 2026 at 10:00

**IT IS SO ORDERED.**

Dated: February 27, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California